PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Richard Klemser                                    Cr.:09-24-01
                                                                     PACTS #: 53799

Name of Sentencing Judicial Officer:   The Honorable Stanley R. Chesler
                                       United States District Judge

Date of Original Sentence: 08/11/2009

Original Offense: Embezzlement

Original Sentence: Imprisonment - 12 months; Supervised Release - 3 years; Special Assessment - $100; Restitution - $63,990; Refrain from Gambling; No New Debt; DNA Testing; Financial Disclosure

Type of Supervision: Supervised Release            Date Supervision Commenced: 09/13/2010

## NONCOMPLIANCE SUMMARY

On August 11, 2009, the above offender was sentenced by Your Honor, following his guilty plea on one count of Embezzlement. He was sentenced to a term of imprisonment of 12 months, to be followed by a three year term of supervised release. As special conditions of supervised release, the offender was ordered to refrain from gambling, prohibited from incurring any new credit, DNA testing, and provide access to any requested financial information. A $100 special assessment and restitution in the amount of $63,990 were additionally ordered. The special assessment was due immediately; the restitution was set to be paid in monthly installments of no less than $200.00.

In September 2010, the offender was released from the Bureau of Prisons to begin a 3 year term of supervised release. He was supervised out of our Linwood Office and was making an effort to secure employment. This officer received supervision of the case in February 2011. Since his release, the offender has been unable to secure employment. He is continuing his employment search and has made good-faith payments totaling $115.00, but is unable to make the court ordered payment of $200 a month. His wife is the current source of income, as well as the assistance of family members. The offender's mortgage company is currently working with them to formulate an acceptable payment plan, after the court denied their motion to begin foreclosure proceedings. The offender has been compliant with all other conditions of his supervision.

At this time, we are requesting that the Court temporarily suspend the offender's monthly payments, until he can obtain employment. We will inform the Court once employment is secured and whether he has the ability to commence monthly payments at the current rate.

PROB 12A - Page 2
Richard Klemser

We remain available at 732-933-9414, for any discussion regarding this matter.

Respectfully submitted,

By: Monica G. Martin
U.S. Probation Officer
Date: 06/09/2011

[✓] Court Concurs with the Temporary Suspension of Restitution Payments
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

_____
Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**JOANN BARBERIO**
SUPERVISING PROBATION OFFICER

June 10, 2011

766 SHREWSBURY AVENUE
1ST FLOOR
TINTON FALLS, NJ 07724
(732) 933-9412
FAX: (732) 933-9427
www.njp.uscourts.gov

Honorable Stanley R. Chesler
United States District Judge
Martin Luther King Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, Room 4040
Newark, New Jersey 07102

**RE:  KLEMSER, RICHARD**
  **DOCKET NO: 09-24-01**
  **REQUEST FOR SUSPENSION OF MONTHLY RESTITUTION PAYMENT**

Dear Judge Chesler:

On August 11, 2009, the above offender was sentenced by Your Honor, following his guilty plea on one count of Embezzlement. He was sentenced to a term of imprisonment of 12 months, to be followed by a three year term of supervised release. As special conditions of supervised release, the offender was ordered to refrain from gambling, prohibited from incurring any new credit, DNA testing, and provide access to any requested financial information. A $100 special assessment and restitution in the amount of $63,990 were additionally ordered. The special assessment was due immediately; the restitution was set to be paid in monthly installments of no less than $200.00.

As outlined in the attached Report on Offender Under Supervision (Probation Form 12A), at this time, we are requesting that the Court temporarily suspend the offender's monthly restitution payments until he can obtain employment. We will inform the Court once employment is secured and whether he has the ability to commence monthly payments at the current rate.

We remain available at 732-933-9414, for any discussion regarding this matter.

Very truly yours,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Monica G. Martin
U.S. Probation Officer

mgm
Attachment
cc: Dina Chirichella, USPO/Liaison